IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.: 5:14-cv-00094 |
| | ) | |
| VANDELL REDMON, SR.; FREDDIE L. REDMON; PATRICIA A. LESTER; and RUBY GOWEN, as successor in interest of decedent J.V. GOWEN, JR., | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE AND SUBSTITUION OF COUNSEL

The undersigned counsel hereby enters her appearance in this action as lead attorney for the United States of America, and respectfully requests that copies of all notices of settings, pleadings, and papers filed in this action be served as follows:

>Allison C. Carroll
>U.S. Department of Justice, Tax Division
>P.O. Box 14198
>Ben Franklin Station
>Washington, D.C. 20044

Undersigned counsel further requests that the following attorney be removed as counsel for the United States in this action, and accordingly that copies of all notices of settings, pleadings, and papers filed in this action will no longer be served as follows:

>Alexander J. Merton
>U.S. Department of Justice, Tax Division
>Post Office Box 14198
>Ben Franklin Station
>Washington, D.C. 20044

12331434.1

Dated: January 27, 2015

            Respectfully submitted,

            CAROLINE D. CIRAOLO
            Principal Deputy Assistant Attorney General

            */s/ Allison C. Carroll*
            ALLISON C. CARROLL
            Virginia Bar No. 81948
            Trial Attorney, Tax Division
            U.S. Department of Justice
            Post Office Box 14198
            Ben Franklin Station
            Washington, D.C. 20044
            Telephone: (202) 514-6472
            Facsimile: (202) 514-9868
            Email: Allison.C.Carroll@usdoj.gov